Dismissed and Memorandum Opinion filed January 27, 2005









Dismissed and Memorandum Opinion filed January 27,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-01144-CR

____________

 

JAVIER MEJIA,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
179th District Court

Harris County,
Texas

Trial Court Cause No. 959,190

 



 

M E M O R A N D U M   O P I N I O N

Appellant was convicted of possession less than one gram of
cocaine.  In accordance with the terms of
a plea bargain agreement with the State, the trial court sentenced appellant on
September 22, 2004, to confinement for 95 days in the Harris County Jail and
assessed a $500 fine.  Appellant filed a
timely, written notice of appeal. 
Because appellant has no right to appeal, we dismiss.  








The trial court entered a certification of the defendant=s right to appeal in which the court
certified that this is a plea bargain case, and the defendant has no right of
appeal.  See Tex. R. App. P. 25.2(a)(2).  The trial court=s certification is included in the
record on appeal.  See Tex. R. App. P. 25.2(d).

Accordingly, we dismiss the appeal.  

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed January 27, 2005.

Panel consists of Chief Justice
Hedges and Justices Fowler and Seymore.

Do Not Publish C Tex. R. App.
P. 47.2(b).